## Commonwealth *v.* Coleman, Appellant.

Argued December 5, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, and SPAETH, JJ. (VAN DER VOORT, J., absent).

*Daniel M. Rendine,* for appellant.

*James Garrett,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant Dis-

trict Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 22, 1975:
Judgment of sentence affirmed. See *Commonwealth v. Carter,* 236 Pa. Superior Ct. 336, 334 A.2d 899 (1975).

JACOBS, HOFFMAN, and SPAETH, JJ., dissent for the reasons stated in Judge HOFFMAN'S dissenting opinion in *Commonwealth v. Carter, supra.*